<div align="center">

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

</div>

David B. Tarver
Allen Correctional Center DOC No. 615258
3751 Lauderdale Woodyard Road
Kinder LA 70648

<div style="border:1px solid black">

Judgment on rehearing rendered and mailed to all parties or counsel of record on August 11, 2021

</div>

<div align="center">

**REHEARING ACTION: August 11, 2021**

</div>

**Docket Number: 19   00353-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DAVID B. TARVER**

**Writ Application from Calcasieu Parish Case No. 22239-12**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Billy Howard Ezell**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **David B. Tarver** is:

> **REHEARING DENIED**.  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: John Foster DeRosier, Counsel for  the Respondent